349 A.2d 913

**MOTOWN RECORD CORPORATION, Appellant,**

v.

**TRI–CITY RECORDS INCORPORATED, Appellee (two cases).**

Supreme Court of Pennsylvania.

Jan. 29, 1976.

William John Chapas, Baskin, Boreman, Wilner, Sachs, Gondelman & Craig, Robert G. Sable, Lampl & Sable, Pittsburgh, for appellant at No. 80.

Robert G. Sable, Lampl & Sable, Pittsburgh, for appellant at No. 192.

Paul G. Kachulis, Pittsburgh, for appellee at Nos. 80 and 192.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

The appeal docketed at No. 80 March Term, 1975, having been taken from a decree nisi, is hereby quashed. The decree entered in the appeal docketed at No. 192 March Term, 1975, is affirmed. Costs on appellant.

JONES, C. J., took no part in the consideration or decision of this case.